**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 08-04132MP-001-PCT-MEA |
| Plaintiff, | **ORDER** |
| vs. | |
| Alfredo Uentillie, | |
| Defendant. | |

The defendant appeared in court and admitted to violating the conditions of his probation as alleged in the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FOUR (4) MONTHS** on each of the two citations, said sentences to run concurrently.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

DATED this 1st day of July, 2009.

Mark E. Aspey
United States Magistrate Judge